UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEADY, MATTHEW,<br><br>                Plaintiff,<br><br>-against-<br><br>BJ'S WHOLESALE CLUB, INC.,<br><br>                Defendant. | Case No. 1:18-cv-00247-DNH-DJS |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Matthew Heady and Defendant BJ's Wholesale Club, Inc., through their attorneys, stipulate that the above-captioned action may be dismissed in its entirety with prejudice and without attorneys' fees or costs to any party, and waiving all rights of appeal.

1

Respectfully submitted,

| | |
|---|---|
| MATTHEW HEADY, | BJ'S WHOLESALE CLUB, INC. |
| By his attorney, | By its attorneys, |
| _/s/ Stephen Bergstein_ | _/s/ Sean P. O'Connor_ |
| Stephen Bergstein | Sean P. O'Connor |
| BERGSTEIN & ULLRICH, LLP | MORGAN, BROWN & JOY, LLP |
| 5 Paradies Lane | 200 State Street, 11th Floor |
| New Paltz, NY 12561 | Boston, MA 02109 |
| Tel.: (845) 469-1277 | Tel.: (617) 523-6666 |
| Fax: (845) 419-2256 | Fax: (617) 367-3125 |
| steve@tbulaw.com | soconnor@morganbrown.com |

Dated: May 22, 2018

IT IS SO ORDERED:

at Utica, NY

May 22, 2018

_____
David N. Hurd
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system on this date, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing by first class mail on the same date.

|  |  |
|---|---|
| Dated: May 22, 2018 | /s/ *Sean P. O'Connor*<br>Sean P. O'Connor |